| United States Bankruptcy Court<br>**Southern District of New York** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Duane Street Design Studio, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**26-4805067** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**188 Duane Street<br>New York, NY**<br>ZIP Code **10013** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Duane Street Design Studio, LLC** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>    Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Duane Street Design Studio, LLC**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

**X** /s/ Jonathan S. Pasternak
_____
Signature of Attorney for Debtor(s)

**Jonathan S. Pasternak 6107**
_____
Printed Name of Attorney for Debtor(s)

**Rattet, Pasternak & Gordon-Oliver, LLP**
_____
Firm Name

**550 Mamaroneck Avenue**
**Suite 510**
**Harrison, NY 10528**
_____
Address

**(914) 381-7400  Fax: (914) 381-7406**
_____
Telephone Number

**January  5, 2010**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Nili Lotan
_____
Signature of Authorized Individual

**Nili Lotan**
_____
Printed Name of Authorized Individual

**Managing Member**
_____
Title of Authorized Individual

**January  5, 2010**
_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Southern District of New York

In re    **Duane Street Design Studio, LLC**         Case No. _____

Debtor(s)      Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| JOSEPH MOSHKOWSKY C/O SULLIVAN & WORCESTER, LLP 1290 AVE OF THE AMERICAS 29 FL NEW YORK, NY 10104 | Joseph Moshkovsky c/o Sullivan & Worcester LLP 1290 Ave. of Americas, 29th Fl New York, NY 10104 | Disputed Successor Liability Claim | Unliquidated Disputed | 1,056,050.00 |
| CORTLANDT REALTY CO. 140 FULTON STREET NEW YORK, NY 10003 | CORTLANDT REALTY CO. 140 FULTON STREET NEW YORK, NY 10003 | RENTAL ARREARS | | 32,901.46 |
| TOP SUCCESS INDUSTIAL LTD. ALEXANDRA INDUSTIAL BLDG 23-27 WING HONG STREET KOWLOON, H.K. | TOP SUCCESS INDUSTIAL LTD. ALEXANDRA INDUSTIAL BLDG 23-27 WING HONG STREET KOWLOON, H.K. | KNIT MANUFACTURER | | 26,288.10 |
| CD NETWORK 535 WEST 24TH STREET 5TH FLOOR NEW YORK, NY 10011 | CD NETWORK 535 WEST 24TH STREET 5TH FLOOR NEW YORK, NY 10011 | OUTSTANDING COMMISSIONS DUE SHOWROOM | | 23,460.80 |
| CHRISTOPHE DEMAISON 525 WEST 34TH STREET NEW YORK, NY 10011 | CHRISTOPHE DEMAISON 525 WEST 34TH STREET NEW YORK, NY 10011 | LOAN | | 21,304.05 |
| AMERICAN EXPRESS P.O. BOX 1270 NEWARK, NJ 07101 | AMERICAN EXPRESS P.O. BOX 1270 NEWARK, NJ 07101 | BUSINESS CREDIT CARD | | 10,671.41 |
| WOMAN MANAGEMENT 199 LAFAYETTE STREET 7TH FLOOR NEW YORK, NY 10012 | WOMAN MANAGEMENT 199 LAFAYETTE STREET 7TH FLOOR NEW YORK, NY 10012 | MODELING AGENCY | | 9,600.00 |
| FELDMAN & ASSOCIATES, PLLC 33 EAST 33rd ST. SUITE 802 NEW YORK, NY 10016 | FELDMAN & ASSOCIATES, PLLC 33 EAST 33rd ST. SUITE 802 NEW YORK, NY 10016 | ATTORNEYS' FEES | | 7,000.00 |
| BERGEN SHIPPERS EU 7300 WEST SIDE AVENUE NORTH BERGEN, NJ 07047 | BERGEN SHIPPERS EU 7300 WEST SIDE AVENUE NORTH BERGEN, NJ 07047 | EURPPEAN WAREHOUSE | | 5,023.02 |

In re __Duane Street Design Studio, LLC__            Case No. _____

                       Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| CRESTHILL/GREAT NOTIONS 242 WEST 36TH STREET 9TH FLOOR NEW YORK, NY 10018 | CRESTHILL/GREAT NOTIONS 242 WEST 36TH STREET 9TH FLOOR NEW YORK, NY 10018 | TRIMMING SUPPLIES | | 3,243.84 |
| BERGEN SHIPPERS 7300 WEST SIDE AVENUE NORTH BERGEN, NJ 07047 | BERGEN SHIPPERS 7300 WEST SIDE AVENUE NORTH BERGEN, NJ 07047 | WAREHOUSE | | 2,339.13 |
| WORLDNET INTERNATIONAL 147-02/20 181ST STREET SPRINGFIELD GARDENS, NY 11413 | WORLDNET INTERNATIONAL 147-02/20 181ST STREET SPRINGFIELD GARDENS, NY 11413 | OVERSEAS SHIPPING | | 1,951.87 |
| JON CISLER 575 SIXTH AVENUE SUITE 8B NEW YORK, NY 10011 | JON CISLER 575 SIXTH AVENUE SUITE 8B NEW YORK, NY 10011 | GRAPHIC DESIGNS | | 1,685.63 |
| AMANDA KELLY DESIGN STUDIO 4 LOVE WALK CAMBERWELL, LONDON | AMANDA KELLY DESIGN STUDIO 4 LOVE WALK CAMBERWELL, LONDON | TEXTILE DESIGNS | | 1,190.00 |
| KARIMA 14-8 LEVIN KITNIS BEERSHEVA 84106 ISRAEL | KARIMA 14-8 LEVIN KITNIS BEERSHEVA 84106 ISRAEL | JEWELRY MANUFACTURER | | 1,169.00 |
| ANA RESTEPO 240 EAST 47TH STREET APT 32C NEW YORK, NY 10017 | ANA RESTEPO 240 EAST 47TH STREET APT 32C NEW YORK, NY 10017 | OUTSTANDING BOOKEEPING INVOICE | | 1,000.00 |
| BRADLEE INTERNATIONAL LTD. 212 WEST 35TH STREET 13TH FLOOR NEW YORK, NY 10001 | BRADLEE INTERNATIONAL LTD. 212 WEST 35TH STREET 13TH FLOOR NEW YORK, NY 10001 | FABRIC SUPPLIES | | 938.78 |
| CON EDISON P.O. BOX 1702 New York, NY 10016 | CON EDISON P.O. BOX 1702 New York, NY 10016 | UTILITIES | | 851.83 |
| UPS P.O. BOX 7247-0244 PHILDELPHIA, PA 19170 | UPS P.O. BOX 7247-0244 PHILDELPHIA, PA 19170 | DOMESTIC AND OVERSEAS SHIPPING | | 346.42 |
| HN ELITE CORP. P.O. BOX 4868 WEEHAWKEN, NJ 07086 | HN ELITE CORP. P.O. BOX 4868 WEEHAWKEN, NJ 07086 | TRUCKING COMPANY | | 317.50 |

In re   **Duane Street Design Studio, LLC**                                          Case No.   _____
                                    _____
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date   **January  5, 2010**                          Signature   **/s/ Nili Lotan**
                                                                    _____
                                                                    **Nili Lotan**
                                                                    **Managing Member**


*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re    **Duane Street Design Studio, LLC**              ,      Case No. _____

                                  Debtor        Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Nili Lotan**<br>**79 Reade Street**<br>**Apartment 3A**<br>**New York, NY 10007** | | **100%** | **Sole Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date \_\_\_\_**January 5, 2010**_____      Signature \_\_**/s/ Nili Lotan**_____

                                                    **Nili Lotan**

                                                    **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of New York

In re    **Duane Street Design Studio, LLC**                  Case No. _____

                                          Debtor(s)             Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **January 5, 2010**                  **/s/ Nili Lotan**
                                             **Nili Lotan/Managing Member**
                                             Signer/Title

AMANDA KELLY DESIGN STUDIO
4 LOVE WALK
CAMBERWELL, LONDON


AMERICAN EXPRESS
P.O. BOX 1270
NEWARK, NJ 07101


ANA RESTEPO
240 EAST 47TH STREET
APT 32C
NEW YORK, NY 10017


AVANT BUSINESS SERVICES
P.O. BOX 5952
NEW YORK, NY 10163-5952


BERGEN SHIPPERS
7300 WEST SIDE AVENUE
NORTH BERGEN, NJ 07047


BERGEN SHIPPERS EU
7300 WEST SIDE AVENUE
NORTH BERGEN, NJ 07047


BRADLEE INTERNATIONAL LTD.
212 WEST 35TH STREET
13TH FLOOR
NEW YORK, NY 10001


CAROLE GODIN
176 JOHNNYCAKE HOLLOW ROAD
PINE PLAINS, NY 12567


CD NETWORK
535 WEST 24TH STREET
5TH FLOOR
NEW YORK, NY 10011


CHRISTOPHE DEMAISON
525 WEST 34TH STREET
NEW YORK, NY 10011

CON EDISON
P.O. BOX 1702
NEW YORK, NY 10016


CORTLAND REALTY, INC.
140 FULTON STREET
NEW YORK, NY 10038


CORTLANDT REALTY CO.
140 FULTON STREET
NEW YORK, NY 10003


CRESTHILL/GREAT NOTIONS
242 WEST 36TH STREET
9TH FLOOR
NEW YORK, NY 10018


FELDMAN & ASSOCIATES, PLLC
33 EAST 33RD ST.
SUITE 802
NEW YORK, NY 10016


HN ELITE CORP.
P.O. BOX 4868
WEEHAWKEN, NJ 07086


INTERNAL REVENUE SERVICE
PO BOX 21126
PHILADELPHIA, PA 19114


JANICE PAIGE, CPA
BALL BAKER & LEAKE LLP AND LLC
122 EAST 42ND STREET
NEW YORK, NY 10168


JON CISLER
575 SIXTH AVENUE
SUITE 8B
NEW YORK, NY 10011


JOSEPH MOSHKOWSKY
C/O SULLIVAN & WORCESTER, LLP
1290 AVE OF THE AMERICAS 29 FL
NEW YORK, NY 10104

```
KARIMA
14-8 LEVIN KITNIS
BEERSHEVA 84106
ISRAEL


LOWER MANHATTAN ELECTRIC, INC.
56 LISPENARD STREET
NEW YORK, NY 10013


NILI LOTAN
79 READE STREET
APARTMENT 3A
NEW YORK, NY 10007


NYS DEPT OF TAX & FINANCE
BANKRUPTCY/SPECIAL PROCED
P.O. BOX 5300
ALBANY, NY 12205


OFFICE OF THE US TRUSTEE
SOUTHERN DISTRICT OF NEW YORK
33 WHITEHALL STREET, 21ST FLR
NEW YORK, NY 10004


POLAND SPRING
P.O. BOX 856192
LOUISVILLE, KY 40285-6192


RAYMOND A COHEN, ESQ.
THE COHEN LAW FIRM LLP
275 MADISON AVENUE, STE 1105
NEW YORK, NY 10016


RER INTERNATIONAL, LLC
116-55 QUEENS BLVD
SUITE 222
FOREST HILLS, NY 11375


SEXTET FABRICS INC.
21 RYDER PLACE
P.O. BOX 10
EAST ROCKAWAY, NY 11518
```

TOP SUCCESS INDUSTIAL LTD.
ALEXANDRA INDUSTIAL BLDG
23-27 WING HONG STREET
KOWLOON, H.K.


TUMBLING COLORS, INC.
P.O. BOX 99143
RALEIGH, NC 27624


UPS
P.O. BOX 7247-0244
PHILDELPHIA, PA 19170


WOMAN MANAGEMENT
199 LAFAYETTE STREET
7TH FLOOR
NEW YORK, NY 10012


WORLDNET INTERNATIONAL
147-02/20 181ST STREET
SPRINGFIELD GARDENS, NY 11413


ZEEV LOTAN
54 BELMONT AVENUE
JERSEY CITY, NJ 07304